UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT SLIWKA,                          )          2:10-CV-02112-PMP-RJJ
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )          **ORDER**
                                        )
GMAC MORTGAGE, STATE OF                 )
NEVADA,                                 )
                                        )
            Defendants.                 )
_____)

      The Court having read and considered Defendant GMAC Mortgage, LLC's Motion to Dismiss (Doc. #4), filed on December 27, 2010, and there being no timely response in opposition thereto, and good cause appearing,

      **IT IS ORDERED that** Defendant GMAC Mortgage, LLC's Motion to Dismiss (Doc. #4) is **GRANTED** and Plaintiff Robert Sliwka's Complaint is DISMISSED with prejudice.

DATED:  January 18, 2011.

_____
PHILIP M. PRO
United States District Judge