UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT SLIWKA,<br><br>        Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, STATE OF NEVADA,<br><br>        Defendants. | 2:10-CV-02112-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff Robert Sliwka's Motion for Reconsideration of Order Dismissing Complaint with Prejudice (Doc. #11), and Defendant GMAC Mortgage, LLC's Response thereto (Doc. #12), and good cause appearing,

**IT IS ORDERED that** Plaintiff Robert Sliwka's Motion for Reconsideration of Order Dismissing Complaint with Prejudice (Doc. #11) is **DENIED**.

DATED: March 14, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge